Clinton Superior Court
320 Courthouse Square
Frankfort, IN 46041
Ph: (765) 659-6341

Rec'd 2-2-17
1:10 pm
JCD/dlg

# SUMMONS

In the Clinton Superior Court, Room No.___

OSCAR MARTINEZ and

WANDA RAE HABECK-MARTINEZ,

Plaintiff(s)

-vs-

NORFOLK SOUTHERN CORPORATION,
FRITO-LAY, INC., and PEPSICO, INC.

Defendant(s)

TO DEFENDANT:    Norfolk Southern Corporation
c/o John C. Duffey, Esq.
STUART & BRANIGIN
300 Main Street, Suite 800
Lafayette, IN 47901

**12D01 1701CT000053**

Cause No. _____

# FILED

JAN 2 3 2017

Sheri N. Crum
CLERK CLINTON SUPERIOR COURT

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

That nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demand by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the local Bar Association.

Dated_____ JAN 2 3 2017 _____         _____ Sheri N. Crum _____ (Seal)

Clerk, Clinton Superior Court

·(The following manner of service of summons is hereby designated.)

  X   Registered or certified mail.

_____ Service at place of employment, to-wit:_____

_____ Service on individual – (Personal or copy) at above address.

_____ Service on agent. (Specify) _____

_____ Other service. (Specify) _____

Jeffrey S. Tabor
TABOR LAW FIRM, LLP
3610 River Crossing Parkway, Suite 250
Indianapolis, IN 46240
Attorneys for Plaintiff(s)

Telephone: (317) 236-9000 Facsimile: (317) 581-1220



**EXHIBIT**

**A**

Clinton Superior Court
320 Courthouse Square
Frankfort, IN 46041
Ph: (765) 659-6341

# SUMMONS

In the Clinton Superior Court, Room No.___

OSCAR MARTINEZ and

WANDA RAE HABECK-MARTINEZ,

**FILED**

Plaintiff(s)

**JAN 2 3 2017**

-vs-

Cause No. 12D01-1701CT000053

NORFOLK SOUTHERN CORPORATION,
FRITO-LAY, INC., and PEPSICO, INC.

*Sheri N. Crews*
CLERK CLINTON SUPERIOR COURT

Defendant(s)

TO DEFENDANT:        FRITO-LAY, INC.
                     c/o CT Corporation System
                     150 West Market Street, Suite 800
                     Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

That nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demand by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the local Bar Association.

Dated_____**JAN 2 3 2017**_____        _____*Sheri N. Crews*_____(Seal)

                                             Clerk, Clinton Superior Court

        **(The following manner of service of summons is hereby designated.)**

___X___  Registered or certified mail.

_____  Service at place of employment, to-wit:_____

_____  Service on individual -- (Personal or copy) at above address.

_____  Service on agent. (Specify) _____

_____  Other service. (Specify) _____

Jeffrey S. Tabor
TABOR LAW FIRM, LLP
3610 River Crossing Parkway, Suite 250
Indianapolis, IN 46240
Attorneys for Plaintiff(s)

        Telephone: (317) 236-9000 Facsimile: (317) 581-1220

 **CT Corporation**

**Service of Process Transmittal**
02/27/2017
CT Log Number 530762666

TO:   Pepsop Intakeparalegal
      PepsiCo, Inc.
      700 Anderson Hill Rd
      Purchase, NY 10577-1444

RE:   **Process Served in Indiana**

FOR:  Pepsico, Inc.  (Domestic State: NC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | OSCAR MARTINEZ and WANDA RAE HABECK-MARTINEZ, Pltfs. vs. NORFOLK SOUTHERN CORPORATION, et al., Dfts. // To: Pepsico, Inc. |
| **DOCUMENT(S) SERVED:** | Order |
| **COURT/AGENCY:** | Clinton County Superior Court, IN<br>Case # 12D011701CT000053 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - Order is served on above reference matter |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Indianapolis, IN |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 02/27/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Indiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | John C. Duffey<br>Stuart & Branigin LLP<br>300 Main St.<br>Suite 900<br>Lafayette, IN 47902-1010<br>765.423.1561 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/27/2017, Expected Purge Date: 03/04/2017<br><br>Image SOP<br><br>Email Notification, Pepsop Intakeparalegal  PEPSOPintakeparalegal@pepsico.com<br><br>Email Notification, Erika Greenberg  Erika.greenberg@pepsico.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>150 West Market Street<br>Suite 800<br>Indianapolis, IN 46204<br>312-345-4336 |

Page 1 of  2 / MP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## CT Corporation

**Service of Process Transmittal**
02/27/2017
CT Log Number 530762666

**TO:** Pepsop Intakeparalegal
PepsiCo, Inc.
700 Anderson Hill Rd
Purchase, NY 10577-1444

**RE:** **Process Served in Indiana**

**FOR:** Pepsico, Inc.  (Domestic State: NC)

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
| --- | --- | --- | --- |
| Letter, Attachment(s), Motion, Order | By Regular Mail on 02/14/2017 postmarked: "Not Post Marked" | Pepsop Intakeparalegal PepsiCo, Inc. | 530688389 |
| Summons, Return, Complaint, Form | By Certified Mail on 02/03/2017 postmarked: "Not Post Marked" | Pepsop Intakeparalegal PepsiCo, Inc. | 530632828 |

Page 2 of  2 / MP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF INDIANA    )       IN THE CLINTON SUPERIOR COURT
                    ) SS:
COUNTY OF CLINTON   )      CAUSE NO.: 12D01 **1701CT000053**

OSCAR MARTINEZ and WANDA   )
RAE HABECK-MARTINEZ       )
                    )
    Plaintiffs,          )
                    )
      v.            )
                    )
NORFOLK SOUTHERN     )
CORPORATION, FRITO-LAY, INC., )
and PEPSICO, INC.,       )
                    )
    Defendants.         )

**FILED**

**JAN 2 3 2017**

Sheri N. Crew

CLERK CLINTON SUPERIOR COURT

### COMPLAINT FOR DAMAGES

    COME NOW Plaintiffs, Oscar Martinez and Wanda Rae Habeck-Martinez, by counsel, and for their Complaint for Damages against the Defendants, Norfolk Southern Corporation, Frito-Lay, Inc., and PepsiCo, Inc., respectfully state as follows:

#### ALLEGATIONS APPLICABLE TO ALL COUNTS

    1.    At all times relevant hereto, Plaintiff Oscar Martinez was a resident of Cavalier, North Dakota.

    2.    At all times relevant hereto, Plaintiff Wanda Rae Habeck-Martinez was a resident of Cavalier, North Dakota.

    3.    At all times relevant hereto, Defendant Norfolk Southern Corporation was a for-profit organization with a principal place of business in Virginia and domiciled in the State of Virginia.

4.      At all times relevant hereto, Defendant Frito-Lay, Inc. was a for-profit organization with a principal place of business in the State of Texas and domiciled in the State of Delaware.

5.      At all times relevant hereto, Defendant PepsiCo, Inc. was a for-profit business organization with a principal place of business in the State of New York and domiciled in the State of North Carolina.

6.      At all times relevant hereto, Defendants Frito-Lay, Inc. and PepsiCo, Inc. owned or controlled the land, premises and improvements located at or near 165 South County Road 300 West in Frankfort, Clinton County, Indiana (the "Frito-Lay Property"). The Frito-Lay Property featured a set of railroad tracks that cross a private roadway (the "Railroad Crossing").

7.      At all times relevant hereto, Defendants Frito-Lay, Inc. and PepsiCo, Inc. owned, operated, maintained and/or controlled the Frito-Lay Property and the Railroad Crossing.

8.      At all times relevant hereto, Defendant Norfolk Southern Corporation, by and through its employees and/or agents, owned, operated, utilized, leased, maintained, and/or controlled a locomotive and railcars that were on the Frito-Lay Property near the Railroad Crossing.

9.      On or about February 11, 2015, at approximately 4:16 a.m., Plaintiff Oscar Martinez was operating a 1998 Peterbilt tractor and trailer in an eastbound direction on the Frito-Lay Property near the Railroad Crossing.

2

10.     At that time and place, agents and/or employees of Defendant Norfolk Southern Corporation were operating the locomotive and rail cars in reverse, and in a northbound direction, towards the Railroad Crossing.

11.     At that time and place, Defendant Norfolk Southern Corporation, by and through its employees and/or agents, operated the train and rail car into and against the tractor occupied by Plaintiff Oscar Martinez, impacting and forcing the tractor northbound along the railroad tracks and causing personal injuries to Plaintiff Oscar Martinez.

COUNT I – NEGLIGENCE – DEFENDANT NORFOLK SOUTHERN CORPORATION

12.     The above-described collision was a direct and proximate result of the careless and negligent acts and omissions of Defendant Norfolk Southern Corporation and its employees and/or agents, including, but not limited to, failing to properly sound the train horn in compliance with state and federal statutes and regulations, failing to apply the brakes, failing to slow or stop the train to avoid a specific hazard known to the engineer, failing to keep a proper lookout, failing to equip the train with adequate personnel and safety equipment, failing to develop and implement procedures to protect vehicular traffic at private installations and crossings, including the Railroad Crossing on the Frito-Lay Property, failing to educate and supervise its train crews in proper procedures for operating trains in reverse near vehicular crossings, and failing to operate its trains in a safe and prudent manner.

13.     The negligence of Defendant Norfolk Southern Corporation concurred with that of Defendants Frito-Lay, Inc. and PepsiCo, Inc. to proximately cause the train and rail car to collide with the tractor operated by Plaintiff Oscar Martinez.

3

14.   As a direct and proximate result of the carelessness and negligence of Defendant Norfolk Southern Corporation, Plaintiff Oscar Martinez sustained severe personal injuries.

15.   As a direct and proximate result of the carelessness and negligence of Defendant Norfolk Southern Corporation, Plaintiff Oscar Martinez has sustained damages. Plaintiff Oscar Martinez has incurred medical and incidental expenses and will continue to incur medical and incidental expenses in the future. He has lost earnings and will continue to lose earnings in the future. He has experienced pain and suffering, and will continue to experience pain and suffering in the future. His ability to function as a whole person has been impaired. He has sustained an impairment to his earning capacity.

WHEREFORE, Plaintiff Oscar Martinez requests judgment against Defendant Norfolk Southern Corporation in an amount that will fully and fairly compensate him for damages sustained, for costs of this action, for pre-judgment interest and for all other just and proper relief.

COUNT II – NEGLIGENCE – DEFENDANT FRITO-LAY, INC. AND PEPSICO, INC.

16.   The above-described collision was a direct and proximate result of the careless and negligent acts and omissions of Defendant Frito-Lay, Inc. and PepsiCo, Inc., including, but not limited to, failing to provide adequate warnings, signage, lighting, automatic flashing signals, automatic gates and/or other protective equipment, measures and/or devices at the Railroad Crossing, failing to develop and implement procedures for the operation of trains on the Frito-Lay Property, and failing to provide and/or train personnel to adequately staff the Railroad Crossing.

4

17.     The Railroad Crossing on the Frito-Lay Property was extra-hazardous to vehicular traffic.

18.     The negligence of Defendants Frito-Lay, Inc. and PepsiCo, Inc. concurred with that of Defendant Norfolk Southern Corporation to proximately cause the train and rail car to collide with the tractor operated by Plaintiff Oscar Martinez.

19.     As a direct and proximate result of the carelessness and negligence of Defendants Frito-Lay, Inc. and PepsiCo, Inc., Plaintiff Oscar Martinez has sustained damages. Plaintiff Oscar Martinez has incurred medical and incidental expenses and will continue to incur medical and incidental expenses in the future.  He has lost earnings and will continue to lose earnings in the future.  He has experienced pain and suffering, and will continue to experience pain and suffering in the future.  His ability to function as a whole person has been impaired.  He has sustained an impairment to his earning capacity.

WHEREFORE, Plaintiff Oscar Martinez requests judgment against Defendants Frito-Lay, Inc. and PepsiCo, Inc. in an amount that will fully and fairly compensate him for damages sustained, for costs of this action, for pre-judgment interest and for all other just and proper relief.

COUNT III – LOSS OF SERVICES CONSORTIUM – PLAINTIFF WANDA RAE HABECK-MARTINEZ

20.     At all times relevant hereto, Plaintiff Wanda  Rae  Habeck-Martinez  was  the lawful spouse of Plaintiff Oscar Martinez.

21.     As a result of the negligence of Defendants Norfolk Southern Corporation, Frito-Lay, Inc. and PepsiCo, Inc., each of them, Plaintiff Wanda Rae Habeck-Martinez has lost the services and consortium of her spouse, Oscar Martinez.

5

WHEREFORE, Plaintiff Wanda Rae Habeck-Martinez requests judgment against Defendants Norfolk Southern Corporation, Frito-Lay, Inc. and PepsiCo, Inc. in an amount that will fully and fairly compensate her for damages sustained, for costs of this action, for pre-judgment interest and for all other just and proper relief.

Respectfully submitted,

TABOR LAW FIRM, LLP

Jeffrey S. Tabor, No. 15055-49

TABOR LAW FIRM, LLP
3610 River Crossing Parkway
Suite 250
Indianapolis, Indiana 46240-2150
Phone: (317) 236-9000
Fax:    (317) 581-1220

6